**AMBANC LA MESA LIMITED PART-
NERSHIP, petitioner v. LIBERTY
NATIONAL ENTERPRISES.
No. 97-915.**

Supreme Court of the United States.

Feb. 23, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.